**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 19-mj - 03014 ADR

UNITED STATES OF AMERICA

v.

**JORGE RAMON HERNANDEZ,**

**Defendant.**

_____ /

**CRIMINAL COVER SHEET**

1.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes _X_ No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    _____
       STEPHANIE HAUSER
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 92765
       99 NE 4th Street
       Miami, Florida 33132
       Tel: (305) 961-9065
       Email: Stephanie.Hauser@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  19-mj - 03014 A0R |
| JORGE RAMON HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 2018 through August 2018    in the county of    Miami-Dade    in the

Southern    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952(a) | Importation of Controlled Substances |
| 21 U.S.C. § 963 | Conspiracy to Import Controlled Substances |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexis J. Gregory, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    06/21/2019

_____
*Judge's signature*

City and state:    Miami, Florida

Magistrate Judge Alicia M. Otazo-Reyes
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Alexis Gregory, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a special agent with the Department of Homeland Security, where I have been so employed since August 2007. I am currently assigned to Homeland Security Investigations, on the Financial Crimes Task Force and work out of the High Intensity Drug Trafficking Area Office in Miramar, Florida. As a special agent, I am responsible for, among other things, investigating the unlawful transportation of contraband, including Title 21 controlled substances. I have received specialized training regarding the recognition, detection, and intricacies of currency smuggling, drug smuggling and money laundering. I am an investigative or law enforcement officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code. Prior to becoming a special agent, I was a U.S. Customs and Border Protection ("CBP") Officer for the Department of Homeland Security in Miami, Florida. I held this position from 2003–2007. As a CBP Officer I worked at the border conducting seizures and arrests pertaining to several violations of the law, mainly smuggling of contraband. In addition to conducting multiple Title 21 controlled substances investigations, I also participated in numerous mail parcel interdiction operations targeting narcotics. As a result, I have become familiar with known trafficking source and destination areas, various smuggling methods, and have learned techniques utilized to package illicit contraband.

2.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that, from in or around March 2018 to August 2018, in Miami-Dade County, in the Southern District of Florida, **Jorge Ramon HERNANDEZ** knowingly engaged in a scheme to import, possess, and distribute synthetic

narcotics from China, in violation of Title 21, United States Code, Sections 952(a), 963, 841(a)(1), and 846.

3.    The information contained within this affidavit is based upon my personal observations, training, and on information related to me by other law enforcement officers and investigators. This affidavit is intended to detail sufficient probable cause for the complaint, and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.    On or about July 25, 2018, law enforcement initiated its investigation into **HERNANDEZ** following a Source of Information (SOI) reporting to law enforcement that **HERNANDEZ** was suspected of importing synthetic narcotics from China. The SOI provided law enforcement with various emails sent by **HERNANDEZ**, from the email address mistermikemiami@gmail.com, on a computer belonging to **HERNANDEZ**'s employer located in Miami, Florida. Law enforcement also obtained emails from the mistermikemiami@gmail.com account with a search warrant.

5.    Emails from the mistermikemiami@gmail.com account revealed that, from in or around March 2018 to in or around August 2018, **HERNANDEZ** negotiated and completed at least three purchases of ephylone (N-Ethylpentylone Synthetic Cathinone - Analogue Schedule I), which is a synthetic drug similar to MDMA, from China. Western Union records revealed that **HERNANDEZ**, and others acting on his behalf, wired funds to China to pay for the ephylone.

6.    In addition, on June 20, 2019, **HERNANDEZ**, who was under federal supervised release following imprisonment for narcotics violations, gave a post-Miranda interview to law enforcement in which he admitted to purchasing 500 grams, 250 grams, and 500 grams, respectively, of ephylone from China. **HERNANDEZ** told law enforcement that he believed he

was ordering an analogue of ephylone. **HERNANDEZ** told law enforcement that he, or other unwitting and witting individuals acting on his behalf, sent money via Western Union to China for an analogue substance similar to ephylone. **HERNANDEZ** admitted to law enforcement that the synthetic substances similar to MDMA can be smoked, snorted, swallowed or injected. **HERNANDEZ** also told law enforcement that he is the only person who used the mistermikemiami@gmail.com email account.

### March 2018 Ephylone Purchase

7.     On or about March 3, 2018, **HERNANDEZ** emailed to SOURCE EMAIL 1 that he wanted to "place an order for 1000g of bk-ebdp." That same day, SOURCE EMAIL 1 responded to **HERNANDEZ** with a price list for 50 g, 200 g, and 1 kg quantities of bk-ebdp, color options (white, brown, pink, blue), and a Western Union account in China. Based on my training, experience, and knowledge of this investigation, I believe that "bk-ebdp" refers to ephylone.

8.     On or about March 8, 2018, SOURCE EMAIL 1 emailed **HERNANDEZ**, among other details, that the delivery address must be a real address and include a phone number. On or about March 8, 2018, **HERNANDEZ** responded with an address in Las Vegas, Nevada and a phone number.

9.     **HERNANDEZ** admitted during a post-Miranda interview that, in or around March 2018, he purchased 500 grams of bk-ebdp from SOURCE EMAIL 1.

10.     Subsequently, CBP seized a mail parcel containing 528 grams of ephylone. That parcel was destined to the same address in Las Vegas, Nevada that HERNANDEZ had provided to SOURCE EMAIL 1.

11.     On or about March 21, 2018, SOURCE EMAIL 1 emailed **HERNANDEZ** that the delivery had failed, but offered to send extra quantity on the next order. On or about March 22,

2018, **HERNANDEZ** responded to SOURCE EMAIL 1, "Can you please send maybe 250g, I will pay for shipping, and if it comes through I will pay for that 250. . . . I am looking to buy 4-5 kilos a week once im up and running again, but I require your help right now."

12.     On or about March 23, 2018, SOURCE EMAIL 1 email **HERNANDEZ** that the shipping would be an additional $200. On or about March 26, 2018, **HERNANDEZ** responded by email to SOURCE EMAIL 1 that he was, "going to western union in the morning tomorrow and sending you 200$." On or about March 28, 2018, SOURCE EMAIL 1 emailed HERNANDEZ with a new Western Union account in China under the name X.G. Western Union records revealed that, on or about March 28, 2018, **HERNANDEZ** sent a wire transfer to X.G. for $200.

13.     **HERNANDEZ** admitted during a post-<u>Miranda</u> interview that, in or around March 2018, **HERNANDEZ** eventually received what he believed to be was a substance similar to ephylone from China.

### April 2018 Ephylone Purchase

14.     In or around April 2018, **HERNANDEZ** ordered 250 grams of BK-EBDP from SOURCE EMAIL 1. On or about April 21, 2018, **HERNANDEZ** sent $200 to a Western Union account in China. **HERNANDEZ** provided to SOURCE EMAIL 1 a shipping address in West Palm Beach, Florida. On or about April 23, 2018, SOURCE EMAIL 1 emailed to **HERNANDEZ** the tracking number LW036113914DE, the records for which showed that the package was sent from Hong Kong and ultimately delivered in West Palm Beach, Florida. **HERNANDEZ** admitted during a post-<u>Miranda</u> interview that, in or around April 2018, **HERNANDEZ** received what he believed to be were the 250 grams of a substance similar to ephylone from China.

4

**July 2018 Ephylone Purchase**

15.     In or around July 2018, **HERNANDEZ** ordered 500 grams of BK-EBDP from SOURCE EMAIL 2. Subject J.O., a witting co-conspirator, sent via Western Union $620 on behalf of **HERNANDEZ** to Y.F. in China for the 500 grams of BK-EBDP. The 500 grams of BK-EBDP was shipped from China to an address in Lakeland, Florida. According to the tracking information for the parcel, number LN212248285KR, the parcel was delivered to Lakeland, Florida. **HERNANDEZ** admitted during a post-Miranda interview that, in or around July 2018, **HERNANDEZ** received what he believed to be were the 500 grams of a substance similar to ephylone from China.

## CONCLUSION

16.     Based on the foregoing, I respectfully submit that there is a probable cause to believe that **Jorge Ramon HERNANDEZ** knowingly engaged in a scheme to import, possess, and distribute synthetic narcotics from China, in violation of Title 21, United States Code, Sections 952(a), 963, 841(a)(1), and 846.

FURTHER AFFIANT SAYETH NAUGHT.

Alexis J. Gregory
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 21st day of June, 2019.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5