FILED by **YH** D.C.

Jul 2, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20402-CR-COOKE/GOODMAN**

21 U.S.C. § 963
21 U.S.C. § 846
18 U.S.C. § 1956(a)(2)(A)
21 U.S.C. § 853
21 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

JORGE RAMON HERNANDEZ,

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Import a Controlled Substance
### (21 U.S.C. § 963)

From in or around February 2018, through in or around June 2018, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE RAMON HERNANDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to **JORGE RAMON HERNANDEZ** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of N-Ethylpentylone, commonly known as "ephylone," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(3).

## COUNT 2
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From in or around February 2018, through in or around June 2018, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE RAMON HERNANDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **JORGE RAMON HERNANDEZ** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of N-Ethylpentylone, commonly known as "ephylone," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3
### Conspiracy to Import a Controlled Substance
### (21 U.S.C. § 963)

From on or about June 11, 2018, through on or about August 13, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE RAMON HERNANDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to **JORGE RAMON HERNANDEZ** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of N-Ethylpentylone, commonly known as "ephylone," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(3).

## COUNT 4
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From on or about June 11, 2018, through on or about August 13, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE RAMON HERNANDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **JORGE RAMON HERNANDEZ** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of N-Ethylpentylone, commonly known as "ephylone," a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 5**
**International Promotion Money Laundering**
**(18 U.S.C. § 1956(a)(2)(A))**

On or about March 28, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE RAMON HERNANDEZ,**

did knowingly transport, transmit, and transfer, and attempt to transport, transmit and transfer funds from a place in the United States to or through a place outside the United States, that is $200.00 located in the United States, through a wire transfer, to a bank located in China, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, Unites States Code, Section 1956(a)(2)(A), and 2.

It is further alleged that the specified unlawful activity is:

(a)    An offense under Title 21, Unites States Code, Section 846; and

(b)    An offense under Title 21, Unites States Code, Section 963.

**FORFEITURE ALLEGATIONS**

1.    The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and 963, as alleged this Indictment, the defendant shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly. as a result of such violation, and any property used or intended to be used, in any manner or parts to commit or to facilitate the commission of such violations pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this indictment, the defendant shall forfeit to the United States, any property, real or personal, involved in such violation, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

4. The property which is subject to forfeiture includes, but is not limited to, the entry of a money judgment which sum represents the value of any property involved in the offense.

5. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to or deposited with a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 21, United States Codes Section 853, and Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
STEPHANIE HAUSER
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JORGE RAMON HERNANDEZ,

_____ Defendant. _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)             Yes ____ No ____
Number of new defendants     ____
Total number of counts       ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  3-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   19-03014-MJ-AOR
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   6/20/2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____ No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____ No ✓

_____
Stephanie Hauser
Assistant United States Attorney
FL Bar No. 92765

*Penalty Sheet(s) attached                                          REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JORGE RAMON HERNANDEZ

**Case No**: _____

Counts #: 1 & 3

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

*** Max. Penalty**:   20 years' imprisonment as to each Count

Counts #: 2 & 4

Conspiracy to Import a Controlled Substance

Title 21, United States Code, Section 963

*** Max. Penalty**:   20 years' imprisonment as to each Count

Count #: 5

International Promotion Money Laundering

Title 18, United States Code, Section 1956(a)(2)(A0

*** Max. Penalty**:   20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**