

# Defense Language Institute

## Foreign Language Center

Presidio of Monterey, California

This is to certify that

### JORGE R HERNANDEZ

has successfully fulfilled the prescribed requirements for the sixty-three week Basic Program of Instruction in the

### ARABIC LANGUAGE

In testimony whereof, and by authority of the Department of Defense, we confer this

## Diploma With Honors

Given this 15th day of May 2007

KEVIN M. RICE
Colonel, United States Army
Commandant
Defense Language Institute
Foreign Language Center

FRED F. VAUGHN
Registrar

Exhibit A



The
United
States
Air Force

CERTIFIES THAT

**SPC Jorge Hernandez,**

HAS SUCCESSFULLY COMPLETED THE
ELECTRONIC WARFARE/VOICE INTERCEPTOR (ARABIC) COURSE
X3ABR1N335A 027, (680 HOURS) PDS CODE XJW
17TH TRAINING GROUP, GOODFELLOW AIR FORCE BASE, TEXAS
AND IS HEREWITH AWARDED THIS

*Certificate of Training*

28 August 2003
DATE

ROY E. HORTON III, Colonel, USAF
Commander, 17th Training Group (AETC)

AF FORM 1256, NOV 86  Previous edition will be used.

Exhibit B





# Gordon Joint Language Center
## Certificate of Training



513th Military Intelligence Brigade





**Is Awarded To**

*Specialist Jorge Hernandez*

Alpha Company, 201st Military Intelligence Battalion, Fort Gordon, GA

For Completion of Introduction to Iraqi Dialect

14 October - 7 November 2003

160 Hours

**KENNETH B. ANDERSON**
Director, Gordon Joint Language Center

**ROBERT A. CARR**
Colonel, MI
Commanding



Exhibit C



Exhibit D



# CERTIFICATE OF PROMOTION

### TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of*

### *JORGE HERNANDEZ,* █████████

*I do promote* **him** *to* **Sergeant** *in the*

# UNITED STATES ARMY

*to grade as such from the* **first** *day of*
**May** *two thousand and* **five**

You will discharge carefully and diligently the duties of the grade to which promoted and uphold the traditions and standards of the Army.

Soldiers of lesser grade are required to obey your lawful orders. Accordingly you accept responsibility for their actions. As a noncommissioned officer you are charged to observe and follow the orders and directions given by superiors acting according to the laws, articles and rules governing the discipline of the Army, and to correct conditions detrimental to the readiness thereof. In so doing, you fulfill your greatest obligation as a leader and thereby confirm your status as a Noncommissioned Officer in the United States Army.

ROBERT S. MIKALOFF
LTC, MI
Commanding

DA FORM 4872, JAN 2000. Previous edition is obsolete.

Exhibit E



Exhibit F



Exhibit G



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AWARDED

# THE JOINT SERVICE ACHIEVEMENT MEDAL

TO

SERGEANT JORGE HERNANDEZ

FOR
MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND THIS   TWENTY SIX   DAY OF MAY 2006





FOR THE SECRETARY OF DEFENSE
BENJAMIN C. FREAKLEY
Major General, USA
Commanding

HQ, COMBINED/ JOINT TASK FORCE 76
COMMAND OR OFFICE
Bagram, Afghanistan
Order Number 146-005

DD FORM 2414, MAY 1999

Exhibit H

## NARRATIVE

### JOINT SERVICE COMMENDATION MEDAL

### SERGEANT JORGE HERNANDEZ

Sergeant Jorge Hernandez served as a night shift supervisor, Cut Manager and a Transcription Manager for the Remote Operations Cryptologic Center (ROCC), Combined Joint Task Force-76 (CJTF-76) at Bagram Airfield, Afghanistan from 9 January 2006 to 15 July 2006. He distinguished himself by performing his duties and responsibilities in an exemplary manner, rapidly becoming a subject matter expert on these first and totally unique collection sites.

Sergeant Hernandez was directly responsible for gathering, analyzing, and the fusing of hundreds of thousands of SIGINT traffic from three remote collection facilities that included Jalalabad, Qalat and Salerno in preparation for direct action against known and suspected Anti-Coalition Militant terrorists and their areas of Operation Enduring Freedom VI. His professional work ethic enabled his section to quadruple intelligence reporting compared to other CJTF-76 SIGINT reporting and analysis shops. Sergeant Hernandez's ability to transmit intelligence in concise language was invaluable. He contributed to accurately transcribing over 200,000 cuts of intelligence data for processing and analysis reporting.

Sergeant Hernandez's contributions helped the fusion of intelligence from disparate sources to warn the warfighter on the ground of impending threats within their area of operation. His exceptional analysis was crucial to the successful execution of operations that killed or captured Anti-Coalition Militant terrorist leaders, facilitators and fighters, and the disruption of the activities of their cells. He played a crucial role in assisting in the development of ROCC standard operating procedures and continuity books. His attention to detail, grasp of dynamically changing situations, and decision making abilities exemplifies the professionalism of the United States Army Central Command.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

### SPC JORGE HERNANDEZ

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY

IN ACTIVE FEDERAL MILITARY SERVICE

FROM      08 August 2001      TO      07 August 2004



JESUS A. LOSOYA
CPT, MI
Commanding

DA FORM 4950 JAN 81

Exhibit I

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) HERNANDEZ, JORGE | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA/IN | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK 2LT | b. PAY GRADE 001 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MIAMI, FLORIDA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND TSB 11 IN 3 BN CO C TC | b. STATION WHERE SEPARATED FORT BENNING, GA 31905-5010 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED N/A | 10. SGLI COVERAGE        NONE AMOUNT: $400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 11A INFANTRY - 0 YRS 9 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2007 | 04 | 12 |
| | b. SEPARATION DATE THIS PERIOD | 2008 | 01 | 11 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 09 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0005 | 08 | 04 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0000 | 11 | 08 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 04 | 11 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY COMMENDATION MEDAL//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL// NATIONAL DEFENSE SERVICE MEDAL//AFGHANISTAN CAMPAIGN MEDAL//GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) OFFICER CANDIDATE COURSE, 14 WEEKS, 2007// NOTHING FOLLOWS |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | NO X |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID 54.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS ///////////////////
DISABILITY SEVERANCE PAY                   ///////////////////////////////////////////////////////////////////////////////MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//ITEM
13: ARMY LAPEL BUTTON//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for
verification purposes and/or to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - Include ZIP Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO GA | DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) TIMOTHY THOMAS, GS09, CHIEF SEPARATIONS BRANCH |
|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-40, PARA 4-24B (3) | 26. SEPARATION CODE JFL | 27. REENTRY CODE NA |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION DISABILITY, SEVERANCE PAY |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) JH |
|---|---|

DD FORM 214-AUTOMATED, FEB 2000          PREVIOUS EDITION IS OBSOLETE.          MEMBER - 4

Exhibit J



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO      SPECIALIST JORGE HERNANDEZ

FOR     ALPHA COMPANY, TASK FORCE 201

MERITORIOUS ACHIEVEMENT AS THE TASK FORCE LINGUIST OF THE QUARTER. YOU HAVE SET THE BAR HIGH AND ARE A MODEL OF LINGUISTIC, TECHNICAL, AND TACTICAL PROFICIENCY FOR YOUR FELLOW SOLDIERS. YOUR EXTRAORDINARY EFFORTS AND ACCOMPLISHMENTS REFLECT GREAT CREDIT UPON YOU, TASK FORCE 201, AND THE UNITED STATES ARMY.

FROM: 01 OCTOBER 2004 TO 31 DECEMBER 2004

Permanent Orders 052-02
21 February 2005
HQS Task Force 201
Fort Gordon, GA 30905

ROBERT S. MIKALOFF
LTC, MI
Commanding

DA FORM 4980-18, NOV 97

Exhibit K

## OATH OF OFFICE - MILITARY PERSONNEL

For use of this form, see AR 135-100, the proponent agency is ODCSPER

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

| | |
|---|---|
| **AUTHORITY:** | 5 USC 3331, 552, 552a; 10 USC 10204. |
| **PRINCIPAL PURPOSE:** | To create a record of the date of acceptance of appointment. |
| **ROUTINE USES:** | Information is used to establish and record the date of acceptance. The SSN is used to identify the member. The date of acceptance of appointment is used in preparing statements of service and computing basic pay date. |
| **DISCLOSURE:** | Completion of form is mandatory. Failure to do so will cause the appointment to be invalid. |

### INSTRUCTIONS

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX. REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH.

This form will be executed upon acceptance of appointment as an officer in the Army of the United States. Immediately upon receipt of notice of appointment, the appointee will, in case of acceptance of the appointment, return to the agency from which received, the oath of office *(on this form)* properly filled in, subscribed and attested. In case of non-acceptance, the notice of appointment will be returned to the agency from which received, *(by letter)* indicating the fact of non-acceptance.

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| [X] REGULAR ARMY   Infantry<br>*(Branch, when so appointed)* | [ ] REGULAR ARMY |
| [ ] ARMY OF THE UNITED STATES, WITHOUT COMPONENT | [ ] ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| [ ] RESERVE COMMISSIONED OFFICER | [ ] RESERVE WARRANT OFFICER |

I, _____ Jorge Hernandez _____   _____
*(First Name, Middle Name, Last Name)*   *(Social Security Number)*

having been appointed an officer in the Army of the United States, as indicated above in the grade of _____ Second Lieutenant _____ do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter; SO HELP ME GOD.

*Jorge Hernandez*
*(Signature - full name as shown above)*

SWORN TO AND SUBSCRIBED BEFORE ME AT   C Co, 3-11th IN REGT (OCS)

THIS _____ 12th _____ DAY OF   April _____ , 2007 .
*(Day)*   *(Month)*   *(Year)*

MATTHEW T. MORGAN
*(Grade, component, or title of official administering oath)*
COMMANDING
*(Signature)*

### FOR THE EXECUTION OF THE OATH OF OFFICE

1. Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he/she is required before entering upon the duties of his/her office, to take and subscribe the oath prescribed by 5 USC 3331.

2. 10 USC 626 and 14309 eliminate the necessity of executing oath on promotion of officers.

3. The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty *(10 USC 1031)*, or before any commissioned warrant officer when acting as an adjutant, assistant adjutant, acting adjutant, or personnel adjutant in any of the Armed Forces. *(See UCM,*

*Article 136; 10 USC 936)*. A commissioned warrant officer administering the oath of office will show his/her title in the block to the left of his/her signature.

4. Oath of office may also be taken before any civil officer who is authorized by the laws of the United States or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk or court or other proper local official.

**DA FORM 71, JUL 1999**   EDITION OF DEC 1988 IS OBSOLETE   USAPA V1.00

Exhibit L



**DEPARTMENT OF VETERANS AFFAIRS**
Miami VA Healthcare System
1201 Northwest 16th Street
Miami FL 33125-1693

In Reply Refer To:

August 29, 2008

Mr. Jorge Hernandez is a patient here at the VA Miami, Florida who is highly motivated to return to the U.S. Army. He has a history of prior lower back pain starting in 2006. On Lumbar MRI here in February 2008 he had a grade 1 spondylolisthesis, annular tear L5/S1, and spondylolysis. He has seen the VA Physiatrist and Physical therapist. He currently has no recent lower back pain and exercises regularly without any limitations.

Sincerely,

Jeffrey D. Cohen, M.S., PA-C
Ronald B. Tolchin, D.O. Supervising Physician
VA Miami DOD Clinic 305 575 7077

Exhibit M



**DEPARTMENT OF THE ARMY**
Alpha Company, Task Force Lightning
513th Military Intelligence Brigade
Fort Gordon, Georgia 30905

REPLY TO
ATTENTION OF

IAFG-P-A-CDR

14 NOV 05

MEMORANDUM FOR President, Officer Candidate Selection Board

SUBJECT: Letter of Recommendation for SGT Hernandez, Jorge, 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

1. I strongly recommend SGT Hernandez for acceptance as a future Army Officer.  As the company commander of Alpha Company, Task Force Lightning, I was uniquely honored to observe his performance as a linguist in a rapidly deployable quick reaction Signals Intelligence platoon.  I am confident that he will excel as an officer.  SGT Hernandez is a very talented and hard working NCO with the technical skills and maturity required in our Officer Corps.  He is the perfect choice to be a future officer in the Army.

2. SGT Hernandez's exceptional performance and technical expertise set him apart from his peers.  SGT Hernandez was hand selected to depart with me as ADVON for a platoon deployment to the Area of Responsibility.  His performance and initiative were exemplary.  As a linguist, SGT Hernandez was selected as the Brigade Linguist of the Year for 2004, and has performed in several key missions in direct support of the combatant commander.  As SGT Hernandez's company commander, I have dealt with him on a very regular basis.  SGT Hernandez is an ideal fit with those officers that have graduated from Officer Candidate School.

3. SGT Hernandez is a natural choice for the Officer Candidate School.  His talents and demonstrated technical proficiency will benefit the Officer Corps.

4. POC of this memorandum is the undersigned at DSN 780-7998.  Please contact me if you have any questions or concerns.

KEITH W. WALTHALL
CPT, MI
Commanding

Exhibit N

To the Honorable Judge Marcia G. Cooke
Re: United States v. Jorge Ramon Hernandez, case no. 19-20402-cr-Cooke

Dear Judge Cooke,

I, Carlos A. Martinez, file this statement in support of Jorge Ramon Hernandez. To begin with, I would like to thank the Court for considering the submission of my statement on behalf of my comrade. Below you will find an informational background and timeline highlighting the length of time I have known Mr. Hernandez, our service together, and the basis of his moral character while serving in the United States Army Active Duty Component. Mr. Hernandez was a role model for myself as a younger and lower enlisted Soldier; and I actually modeled my career and leadership style based on what I learned, at that time, from him and throughout my service on Active Duty.

## BACKGROUND AND TIMELINE

I joined the United States Army in 2003 and am trained as a Morse Code Interceptor / Locator. Being assigned to the Military Intelligence Corps, I was subsequently assigned to my first duty station located in Fort Gordon, GA upon completion of my military job training. I was ordered to report the 513th Military Intelligence Brigade, 201st Military Intelligence Battalion, Alpha Company, 2nd Platoon, 3rd Squad. Upon my arrival, Mr. Hernandez was one of the first persons I met from my platoon as he was a Specialist "promotable" at the time and always ensured that new Soldiers in-processed correctly and understood unit dynamics as we were dealing with the field testing of new military technologies that would be used in combat operations to support the Global War on Terrorism.

## GORDON REGIONAL SECURITY OPERATIONS CENTER

Mr. Hernandez was a certified Arabic Linguist that was serving on a Special Access Program for the National Security Agency at the time for which he worked autonomously,

1

# Exhibit O

separated from our unit, as he was decrypting highly classified communications from the Gordon Regional Security Operations Center (GRSOC) which is now the newly revamped NSA-Georgia; for which he was selected for this assignment because of his proficiency and accuracy as an elite Arabic linguist as he portrayed command and understanding of not only the Arabic language but decrypting enemy intentions and communications for intelligence purposes and exploitation.

## OPERATION IRAQI FREEDOM SERVICE

Shortly after his service for the NSA, he was brought back to our unit and platoon in order to train up for the upcoming deployment in support of Operation Iraqi Freedom; for which we were slotted to deploy in May of 2005. We trained for months on end for this deployment as we were field testing communications interception devices, GPS technology, cell phone data analytics, and surveying the capabilities of the enemy forces such as Al Qaeda, corrupted Iraqi Army Military Officials, and weapons and munitions exploitation and proliferation in the immediate areas. Mr. Hernandez, volunteered, to leave as the "Advance Party" to ensure that we had the resources on the ground when the Platoon would arrive as we were conducting highly

classified operations throughout the country and were Echelon Above Corps as we had no overhead command other than the Coalition Forces Land Component Command headed by the United States Army Central Command HQ who authorized all of our collection missions. Mr. Hernandez ensured that we had the proper security escorts upon our arrival as we were arriving with highly classified intelligence collection vehicles and our entire team was cleared Top/Secret SCI. He ensured we received all of our combat gear, quarters, ammunition, supplies, and ensured we had a smooth transition into this hostile environment.

Throughout this deployment, Mr. Hernandez, now a Sergeant, always led from the front. He ensured that all of us lower enlisted Soldiers maintained our physical abilities, our technical

2

aptitude, and what to look for on the battlefield. I cannot highlight to the Court the amount of time we spent in 135 Fahrenheit degree weather laying down miles of communications cables, antennae, satellite dishes, and concertina wire to secure our tactical compound; that we had to establish at each new collection location and remove at our departure. Hours and hours of physical labor in conjunction with hours on end of collection missions and ensuring the welfare of the team. Hernandez was always a leader.

There were times where I did not have enough money for a calling card to call my wife back home. And he would give me his remaining minutes just so I could call home that day. On one event, his HUMVEE broke down in the middle of the desert where the entire convoy was now stranded. Hernandez recalled that we had passed an Iraqi checkpoint about a mile back and he volunteered to stay with the vehicle until we could come back with a rig to tow the broken-down vehicle to safety. The Platoon Leader made the call to leave him there alone with another Soldier because they did not want to compromise the intelligence equipment, we were responsible for; so we left him there. For well over 12 hours these two brave Soldiers were left with no support other than the Iraqi Police Checkpoint in the middle of nowhere. I remember telling him that I would not leave him there but he put his arm on my shoulder and said "go back to base brother, I don't want you out here in the middle of all of this." And he ordered me back to the convoy.

As part of our mission, there were times that the Army called for us to be "undercover" as regular civilians as we would drive throughout the country (just two Soldiers, a side arm 9mm pistol, and collections equipment) in a Dodge Durango SUV vehicle in order to conduct highly dangerous but close call intelligence tracking missions of enemy locations. Not once, did Hernandez let me leave the wire (base) without him at my side. He didn't trust anyone else to protect me. I was just 19 years old at the time so I believe that he always tried to take care of me

3

as if I was his younger brother. It was during this deployment that Hernandez re-enlisted for more years of military service. Included in this packet are photographs of his re-enlistment ceremony which I attended.

Upon our return home, after months of convoying and working in the hot Middle-Eastern desert, we returned to find ourselves with a greater task ahead, we had not even finished unpacking our duffel bags or even cleaned up all of our equipment for inventory when we were informed that we would start training for our next mission, which would lead us to the forefront of Al Qaeda operations: Afghanistan.

## OPERATION ENDURING FREEDOM

We returned home from our first deployment only to find out that we would be leaving again in a few months to support Operation Enduring Freedom. Again, Hernandez volunteered as the "Advance Party" yet again to set up the initial mission and framework for how we would conduct collections.

As I trained back at Fort Gordon for my upcoming role in this deployment, I was also in the process of trying to get promoted to the rank of Sergeant. However, my MOS 98H, was being phased out of the army as a "not-needed" and "over-strength" job field and as such I could not get promoted to the next rank without reclassifying my job. Before Hernandez left for Afghanistan, he helped me study for the Defense Language Proficiency Test (DLPT) for a Spanish linguist. He conducted the research on my behalf to ensure that this was possible and got me ready for the exam. I passed the DLPT, got recommended for promotion to Sergeant, and subsequently got promoted to Sergeant as a certified Spanish Linguist for the U.S. Army. To date, this is one of the greatest accomplishments of my life, and I owe it all to Hernandez, who molded and guided me, but most importantly, believed in my capabilities as a natural leader.

4

I arrived in Bagram Air Field, Afghanistan in April of 2006 to find my comrade ready to help me carry my duffel bags and armor and led me to the assigned quarters that he arranged for me and my team. He ensured that I was properly oriented with the base structure, its facilities, its off-limits areas, sniper danger areas, as well as the outlying and quarantined mine field areas throughout the base. We were assigned to the Remote Operation Cryptologic Center (ROCC), Combined Joint Task Force 76 (CJTF-76), Department of Defense, Task Force Gauntlet, 10th Mountain Infantry Division (Light Infantry), Bagram Airfield, Afghanistan to work directly for the J2-Intelligence Directorate. We would serve in the capacity of transcribers, analysts, and subject matter experts for intelligence collection operations. The ROCC, was the central hub for all collected communications transmissions for the entire country. If an enemy target picked up a phone or a radio, we were on the other end tracking to engage these targets and exploit their activities.

Hernandez was my trainer, mentor, and battle buddy once again. Hernandez volunteered on numerous missions to dangerous outposts to reinstall communications equipment so that we could continue to provide intelligence services for the ground commanders. Our outposts in Afghanistan, specifically near the Pakistani border, were under a constant barrage of mortar and small arms firings as well as suicide bomber events that would subdue our collections capabilities. Hernandez also volunteered for local national watch duty in which he was responsible for monitoring the activities of the local nationals that were allowed to work on the base as he was looking for any signs of "espionage and sabotage" which was a big problem on our base.

Hernandez was the type of Soldier that was always thinking ahead. Always trying to stay ahead of the enemy before they could even think about changing their tactics on the battlefield. We even got one of the Afghani interpreters removed because Hernandez saw signs of erratic

5

behavior that was a profile of espionage behavior. The interpreter that was removed from our team had been feeding us frivolous information that hindered our intelligence collection process. We worked together to undermine this interpreter's activities and got him removed from our office permanently. (The army had a shortage of Persian Farsi linguist at the time and had to rely on Afghani Nationals for this service).

Hernandez returned home a few months before I could because he was slotted for Officer Candidate School (OCS). However, he found himself homeless upon his return and I allowed him to stay at my residence, with my wife present, so that he could train and be mentally prepared for his upcoming task of becoming a Commissioned Officer in the U.S. Army. This is the kind of trust that I had in my friend. He was a man of Honor. The type of Soldier that always found a way to move forward. At the end of my tour in Afghanistan, I was awarded the Joint Service Commendation Medal which would have not been possible without the guidance and leadership of Sergeant Jorge Ramon Hernandez.

**OFFICER CANDIDATE SCHOOL AND DISCHARGE**

Shortly after I returned from Afghanistan, Hernandez was just a few week's shy from completing the OCS program. He asked me to attend his graduation ceremony so that I could be the first person to salute him and take part in one of the Army's most sacred ceremonies, the transition from a Non-Commissioned Officer to a Commissioned Officer. It was one of my proudest moments to see my friend doing so well. I have included pictures from this ceremony where I had the privilege of pinning on his 2nd Lieutenant gold bars and extending his first salute.

Shortly after OCS Hernandez suffered a massive injury to his spinal chord for which he was subsequently discharged from military service. This discharge and the physical condition of his body thereafter really affected him. He showed signs of depression and constantly told me

6

about the excruciating pain he was feeling with his injuries. Hernandez also suffered a knee injury on active duty as well as an arm injury he obtained on our first deployment when changing a flattened HUMVEE tire in which the jack slipped and his arm was caught in between the tire and tire well. I know that Hernandez did go through the Veterans Affairs process and got a next to nothing rating for his injuries that equated to minimal access to VA healthcare and quite possibly no follow-up for a psychological evaluation as most vets at the time were experiencing a lack of services from the VA.

## CONCLUSION

In conclusion, I wanted the Court to know that Mr. Hernandez has been one of the greatest factors in my success. Hernandez always encouraged me to be a better Soldier, to exceed the standard, and to always see myself in the position I wanted to be in. He encouraged me to pursue a higher education; which resulted in my completion of a Master of Business Administration as well as a Masters Degree in Homeland Security Management and induction into two prestigious International and National Honor Societies for academic excellence. He was always a spear of positive influence. He would even take his time during our deployments to gather pencils and school supplies that he would then give to the little Iraqi and Afghani children because he really wanted to do more than just our standard mission; he believed in the concept of humanity.

I am asking the Court to consider the great service this man once held for his Nation, and for this veteran, for helping me come back home in one piece and preparing me to deal with adversity in the face of insurmountable obstacles. I would like to thank the Court for allowing me to submit these documents and for affording me the opportunity to highlight the type of Soldier Hernandez was during his time on Active Duty. Accordingly, based upon all foregoing reasons, I hereby respectfully request the consideration of this statement to show leniency for Mr. Hernandez.

7

Dated: January 18, 2020

Respectfully submitted,

Carlos A. Martinez, MBA

Sergeant, U.S. Army, Disabled